**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION**

| | | |
|---|---|---|
| Joe Hand Promotions, Inc., | : | |
| Plaintiff, | : | Case No. 1:26-cv-426 |
| v. | : | Judge Susan J. Dlott |
| Nicholas C White, *et al.*, | : | **Order** |
| Defendants. | : | |

This matter is before the Court on the Motion to Strike the Answer filed by Defendant Out of the Way LLC. (Doc. 11.) On April 30, 2026, Plaintiff Joe Hand Promotions, Inc. filed a Complaint against Nicholas C. White and Out of the Way LLC, individually and as the alter ego of Out of the Way Bar & Grill, alleging violations of 47 U.S.C. § 605 and 47 U.S.C. § 553. (Doc. 1.) On September 14, 2026, White filed an Answer on behalf of himself and Out of the Way LLC. (Doc. 10.) That same day, Plaintiff moved to strike the Answer on the basis that a corporation may not appear *pro se*. (Doc. 11.)

As Plaintiff points out, Out of the Way LLC may not be represented by a non-attorney. While an individual may proceed *pro se*,[1] an organization may not. "We have long recognized, under 28 U.S.C. § 1654, that plaintiffs in federal court may not 'appear pro se where interests other than their own are at stake.'" *Olagues v. Timken*, 908 F.3d 200, 203 (6th Cir. 2018) (citing *Shepherd v. Wellman*, 313 F.3d 963, 970 (6th Cir. 2002) (italicization omitted)). "The rule against non-lawyer representation protects the rights of those before the court by preventing an ill-equipped layperson from squandering the rights of the party he purports to represent." *Bass v.*

[1] The Court directs *pro se* individuals to the resources on its website (http://www.ohsd.uscourts.gov/pro-se), which includes a Guide For Pro Se Civil Litigants.

*Leatherwood*, 788 F.3d 228, 230 (6th Cir. 2015) (quotation marks and citations omitted). This is why, "under longstanding tradition, 'a corporation can only appear by an attorney.'" *Id.* (quoting *Osborn v. Bank of U.S.*, 22 U.S. 9 Wheat. 738, 829, 6 L. Ed. 204 (1824)); *Ginger v. Cohn*, 426 F.2d 1385, 1386 (6th Cir. 1970); *see also Sanchez v. Walentin*, 526 F. App'x 49, 51 (2d Cir. 2013) (quoting *Jones v. Niagara Frontier Transp. Auth.*, 722 F.2d 20, 22 (2d Cir. 1983) (characterizing this rule as "venerable and widespread")).

White, if he chooses to proceed *pro se*, may only represent his own interests in this case. Out of the Way LLC may not proceed *pro se*. Out of the Way LLC is put on notice that it must file a Notice of Appearance by counsel and is not permitted to proceed *pro se* in this action. Out of the Way LLC shall have 30 days from the date of entry of this Order to obtain counsel and file a new Answer. White shall have 30 days from entry of this Order to file a new Answer, either by counsel who files an appropriate Notice of Appearance or on behalf of himself only. The Answer (Doc. 10) is **STRICKEN** from the record. Failure to follow the rules of this Court may result in sanctions.

**IT IS SO ORDERED.**

BY THE COURT:

S/Susan J. Dlott
Susan J. Dlott
United States District Judge